# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:95CR178-09 |
| Lonnie Dewayne Robinson ) | USM No: 12291-058 |
| Date of Previous Judgment: 09/05/1996 ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ **DENIED.** ❏ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __39__          Amended Offense Level: __37__
Criminal History Category: __VI__        Criminal History Category: __VI__
Previous Guideline Range: __360__ to __life__ months   Amended Guideline Range: __360__ to __life__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):  No change in the guideline range.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated __09/05/1996__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  August 22, 2008

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge